UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-820-H

THE LEXUS REAL ESTATE GROUP, INC.,
n.k.a. DEPOT LAND CORP., INC. and
H. JAY SNIDER                                                                                                    PLAINTIFFS

V.

BULLITT COUNTY BANK                                                                                          DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiffs have moved this Court to reconsider its February 16, 2007, order granting Defendant, Bullitt County Bank's motion for summary judgment based on *res judicata*. Plaintiffs' most persistent argument is that a state court judgment has no *res judicata* effect when the state court proceeding, including the service of process, does not meet the federal due process standard.

This Court carefully considered all of Plaintiffs' arguments in its original Memorandum Opinion and Order. The Court cannot say that Plaintiffs now raise any new factual or legal considerations. Consequently, the Court can add nothing to the analysis already stated in that original opinion. For all those reasons previously stated, the Court will respectfully deny Plaintiffs' motion.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' motion for reconsideration is DENIED.

cc:     Counsel of Record